## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DEAN IAFORNARO,

          Plaintiff,

vs.                                                           CASE NO. 6:08-CV-ORL-19

STATE OF MISSISSIPPI; HALEY
REEVES BARBOUR, GOVERNOR;
LARRY DYKES, COUNTY OF JONES
SHERIFF; ALEX HODGE, COUNTY OF
JONES SHERIFF; CAPITOL IN
JACKSON,

          Defendants.

_____

<u>ORDER</u>

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed July 8, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.**  The Motion to Proceed *In Forma Pauperis* (Doc. No. 2, filed July 1, 2008) is **DENIED without prejudice,** and the Complaint (Doc. No. 1, filed July 1, 2008) is **DISMISSED.**  The Plaintiff is hereby permitted to file an Amended Complaint **within eleven (11) days** from the date of this Order.  If an Amended Complaint is not filed within this time period, the Clerk of Court is directed to close this file without further order.

      **DONE   AND   ORDERED**   at Orlando, Florida, this _____21st_____ day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record